|   |   |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Mike J. Moreno,                                          No. 2:09-CV-1362-SRT

        Plaintiff,

vs.                                                               <u>ORDER</u>

California Department of Corrections,
et. al.,

        Defendants.
_____/

        Plaintiff is a state prisoner proceeding pro se. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983 and has filed an application to proceed in forma pauperis under 28 U.S.C. § 1915. Plaintiff has submitted an in forma pauperis application that makes the showing required by 28 U.S.C. § 1915(a). Accordingly, plaintiff will be granted leave to proceed in forma pauperis.

        Plaintiff is required to pay the statutory filing fee of $350.00 for this action. <u>See</u> 28 U.S.C. § 1914(a) & 1915(b)(1). Plaintiff has been without funds for six months and is currently without funds. Accordingly, the court will not assess an initial partial filing fee. *See* 28 U.S.C. § 1915(b)(1). Plaintiff will be obligated to make monthly payments of twenty percent of

the preceding month's income credited to plaintiff's prison trust account.  These payments will be collected and forwarded by the appropriate agency to the Clerk of the Court each time the amount in plaintiff's account exceeds $10.00, until the filing fee is paid in full.  *See* 28 U.S.C. § 1915(b)(2).

Plaintiff's complaint appears to state cognizable claims for relief pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b).  Plaintiff contends that he was denied adequate medical care and physically assaulted by the defendants on September 11, 2008. If Plaintiff's allegations in the complaint are proven, he has a reasonable opportunity to prevail on the merits of this action.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's June 18, 2009, application to proceed in forma pauperis is granted.

2. Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action. The fee shall be collected and paid in accordance with this court's order to the Director of the California Department of Corrections and Rehabilitation filed concurrently herewith.

3. Service of the complaint is appropriate for the following defendants: Corrections Officer D. Galindo, Corrections Officer V. Franco, Corrections Officer Aldana, Sergeant P. Sullivan, Sergeant M. Valenzuela, Lieutenant R. Fritz, Nurse T. Sumblin, Nurse R. Kahn, Nurse B. Miller, and Nurse L. Turner

4. The Clerk of the Court shall send plaintiff ten USM-285 forms, one summons, an instruction sheet and a copy of the complaint filed June 18, 2009.

5. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit all of the following documents to the court at the same time:

    a. The completed, signed Notice of Submission of Documents;

    b. One completed summons;

    c. One completed USM-285 form for each defendant listed in number 3

above; and

      d. Eleven copies of the endorsed complaint filed June 18, 2009.

   6. Plaintiff shall not attempt to effect service of the complaint on defendants or request a waiver of service of summons from any defendant.  Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

IT IS SO ORDERED.

DATED: June 22, 2009

        __/s/ Sidney R. Thomas_____
        Sidney R. Thomas, United States Circuit Judge
        Sitting by Designation

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Moody Woodrow Tanksley, | No. 2:08-CV-02216-SRT |
| Plaintiff, | |
| vs. | <u>NOTICE OF SUBMISSION</u> |
| | <u>OF DOCUMENTS</u> |
| California Department of Corrections, et. al., | |
| Defendants. | |
| _____/ | |

Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

_____ <u>one</u> completed summons form;

_____ <u>[10]</u> completed USM-285 forms; and

_____ <u>[11]</u> true and exact copies of the complaint filed June 18, 2009.

DATED: _____.

_____
Plaintiff