IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

Mike J. Moreno,                                      No. 2:08-CV-01362-SRT
                    Plaintiff,
vs.                                                  ORDER

California Department of Corrections,
et. al.,

                    Defendants.

_____/


Plaintiff is a prisoner who is proceeding pro se and in forma pauperis.  Plaintiff

seeks relief pursuant to 42 U.S.C. § 1983.

On January 4, 2010, the court ordered the United States Marshal to serve the

amended complaint on defendants.  Process directed to defendant R. Kahn was returned

unserved because "[p]er facility not employed" and "per CDC locator, none in database."

Plaintiff must provide additional information to serve this defendant.  Plaintiff shall promptly

seek such information through discovery, the California Public Records Act, Calif. Gov't. Code

§ 6250, et seq., or other means available to plaintiff.  If access to the required information is

denied or unreasonably delayed, plaintiff may seek judicial intervention.

Accordingly, IT IS HEREBY ORDERED that:

1.      The Clerk of the Court is directed to send to plaintiff one USM-285 form, along with an

instruction sheet and a copy of the amended complaint filed June 18, 2009;

2.      Within sixty days from the date of this order, plaintiff shall complete and submit the

attached Notice of Submission of Documents to the court, with the following documents:

   a.  One completed USM-285 form for the specified defendant;

   b.  Two copies of the amended complaint filed June 18, 2009; and

   c.  One completed summons form (if not previously provided)

or show good cause why he cannot provide such information.

IT IS SO ORDERED.

DATED: August 30, 2010

       _____/s/ Sidney R. Thomas_____

       Sidney R. Thomas, United States Circuit Judge
       Sitting by Designation