UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE J. MORENO,<br><br>   Plaintiff,<br><br> v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS et al.,<br><br>   Defendants. | No. 2:09-cv-01362 SRT<br><br>ORDER GRANTING DEFENDANTS' MOTION FOR SIXTY DAY EXTENSION OF SCHEDULED DEADLINES AND REQUESTING CHANGE OF ADDRESS FROM PLAINTIFF |

  Defendants' motion to extend time to complete discovery and file dispositive motions is GRANTED. The discovery deadline in this action is extended to, and including, January 25, 2012. Dispositive motions shall be filed on or before April 23, 2012.

  Plaintiff shall file a notice of change of address within 21 days of service of this order. Failure to do so will result in dismissal of this action.

Dated: November 29, 2011

          */s/ Sidney R. Thomas*
          Sidney R. Thomas
          United States Circuit Judge
          Sitting by Designation