IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE J. MORENO, | No. 2:09-cv-01362-SRT |
| Plaintiff, | |
| vs. | <u>ORDER</u> |
| CALIFORNIA DEPARTMENT OF CORRECTIONS, ET AL., | |
| Defendants. | |

On November 29, 2011, the Court ordered Plaintiff to file a notice of change of address within 21 days of service. The Court further specified that "[f]ailure to do so [would] result in dismissal of this action." Plaintiff was served with that order via the United States Postal Service. He has not filed a notice of change of address within the requisite time and his whereabouts are apparently unknown.

**CASE DISMISSED.**

DATED: February 10, 2011

/s/ Sidney R. Thomas
Sidney R. Thomas, United States Circuit Judge
Sitting by Designation

1