IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE J. MORENO,<br><br>   Plaintiff,<br><br>vs.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS, ET AL.,<br><br>   Defendants._____/ | No. 2:09-cv-01362-SRT<br><br><br><br>ORDER |

On November 29, 2011, the Court ordered Plaintiff to file a notice of change of address within 21 days of service. The Court further specified that "[f]ailure to do so [would] result in dismissal of this action." Plaintiff was served with that order via the United States Postal Service. He has not filed a notice of change of address within the requisite time and his whereabouts are apparently unknown.

**CASE DISMISSED.**

DATED: February 10, 2011

                                                    /s/ Sidney R. Thomas
                                            Sidney R. Thomas, United States Circuit Judge
                                            Sitting by Designation

1