IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE J. MORENO, | No. 2:09-cv-01362-SRT |
| Plaintiff, | |
| vs. | <u>ORDER</u> |
| CALIFORNIA DEPARTMENT OF CORRECTIONS, ET AL., | |
| Defendants. | |

The Court directs that this case shall be administratively closed.

**CASE CLOSED.**

DATED: June 6, 2012

                                          /s/ Sidney R. Thomas
                                      Sidney R. Thomas, United States Circuit Judge
                                      Sitting by Designation